No. 130. UNITED STATES EX REL. SHOSHONE IRRIGATION DISTRICT *v.* ICKES, SECRETARY OF THE INTERIOR. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Chester I. Long, Peter Q. Nyce, E. J.*

*Goppert, Roy St. Lewis,* and *Samuel W. McIntosh* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. D. B. Hempstead* and *H. Brian Holland* for respondent.

